LAWRENCE A. BURNS, RELATOR, v. PATROLMEN'S BENEVOLENT ASSOCIATION OF NEW JERSEY ET AL., DEFENDANTS.

Submitted January term, 1933—Decided October 17, 1933.

Before Justices PARKER, LLOYD and HEHER.

For the relator, *Merritt Lane.*

For the defendants, *Edward F. Merrey.*

PER CURIAM.

We conclude that an alternative writ should be allowed, and to that extent the rule to show cause will be made absolute. The case seems similar to *Eastern Bergen Local, No. 45* v. *New Jersey State Patrolmen's Benevolent Association,* 10 *N. J. Mis. R.* 330; 159 *Atl. Rep.* 91.

A writ may be presented accordingly.